# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Indiana

Case Number: 3:13-CV-00072-JVB-CAN

Plaintiff:
**Malibu Media LLC**

vs.

Defendant:
**Kaleb Gilvin**

Received by Affordable Process Service Inc. to be served on **Kaleb Gilvin, 501 W. 11th Street, Apt D, Mishawaka, IN 46544**.

I, Heather Roudebush, do hereby affirm that on the **26th day of May, 2013 at 2:08 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons & Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Kaleb Gilvin** at the address of: **501 W. 11th Street, Apt D, Mishawaka, IN 46544**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 145, Hair: Brown, Glasses: N

I certify that I am over the age of 18, not a party to the action, in the judicial circuit in which the process was served.

**Heather Roudebush**
Process Server

**Affordable Process Service Inc.**
**5868 East 71st Street**
**Suite E-229**
**Indianapolis, IN 46220**
**(317) 776-0044**
Our Job Serial Number: HLR-2013000231
Ref: NIN8-1

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4l

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:13-cv-00072-JVB-CAN |
| KALEB GILVIN | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kaleb Gilvin
501 W. 11 Street
Apartment D
Mishawaka, IN 46544

ACCEPTED
BY _____
SW 208p 5/26/13

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul J. Nicoletti, Esq.
NICOLETTI & ASSOCIATES, PLLC
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304

~~If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.~~
You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/30/2013

WAS MOVING OUT WHEN SERVED
W, m, 35, 5'9", 145, BROWN