IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | ) | Case No.: 3:13-cv-00072-JVB-CAN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KALEB GILVIN, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT, KALEB GILVIN'S
### SUBMISSION OF SUPPLEMENTAL AUTHORITY

Defendant, Kaleb Gilvin, hereby submits additional authority in support of his Motion To Dismiss For Failure To State A Claim [DOC 13].

Malibu Media's complaint alleges that Gilvin committed copyright infringement solely because he had an Internet Account. In *Elf-Man, LLC v. Eric Cariveau, et. al*.; Order Granting Motion to Dismiss Case C13-0507RSDL (W.D. WA January 17, 2014) (Exhibit 1), the Court found that, *as a matter of law*, a complaint that relies on the tenuous connection between being an Internet subscriber and controlling all activity made through an account is too implausible to withstand a motion to dismiss.

There is no difference between the "tenuous connection" in Elf-Man, and the tenuous connection Malibu Media claims to exist in this case.

Accordingly, Defendant's Motion to Dismiss should be granted.

1

Respectfully submitted,

By:    s/John M. Bradshaw
John M. Bradshaw
**OVERHAUSER LAW OFFICES LLC**
740 W. Green Meadows Dr., Suite 300
Greenfield, IN  46140-4019
Phone: 317-891-1500
Fax: 866-283-8549
jbradshaw@overhauser.com
*Attorney for Defendant Kaleb Gilvin*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing is being filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By:    s/John M. Bradshaw
       John M. Bradshaw